# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

JONATHAN SOLOMON

        Plaintiff,

-against-

DECHERT LLP,
DAVID NEIL GERRARD,
DAVID GRAHAM HUGHES,
NICHOLAS DEL ROSSO,
VITAL MANAGEMENT SERVICES, INC.,
AMIT FORLIT,
ISRAEL INSIGHT ANALYSIS AND
RESEARCH, LLC,
SDC-GADOT LLC,
AMIR HANDJANI,
ANDREW FRANK, and
KARV COMMUNICATIONS, INC.,

        Defendants.

**ECF CASE**

**Civil Action No. 22-CV-03137-JEB**

**NOTICE OF APPEARANCE**

To:    The Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this court *pro hac vice*, and I appear in this case as counsel for David Graham Hughes.

Dated: New York, New York
       December 16, 2022

Respectfully submitted,

 /s/ Michael Gerber
Michael Gerber (N.Y. Bar: 4527727)
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 921-8399
mgerber@lswlaw.com