# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN SOLOMON,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>DECHERT LLP, DAVID NEIL GERRARD, DAVID GRAHAM HUGHES, NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC., AMIT FORLIT, ISRAEL INSIGHT ANALYSIS AND RESEARCH, LLC, SDC-GADOT LLC, AMIR HANDJANI, ANDREW FRANK, and KARV COMMUNICATIONS, INC.,<br><br>　　　　　　　Defendants. | Civil Case No. 22-CV-03137-JEB |

## MOTION FOR ADMISSION PRO HAC VICE OF JOHN C. QUINN

I am an active member in good standing of the bar of this Court and, pursuant to Local Civil Rule 83.2(c), hereby move for the admission *pro hac vice* of John C. Quinn as counsel for Defendant Dechert LLP.

The declaration of Mr. Quinn in support of this motion is attached hereto.

　　　　　　　　　　　　　　　　　　　KAPLAN HECKER & FINK LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Joshua Matz
　　　　　　　　　　　　　　　　　　　1050 K Street, NW
　　　　　　　　　　　　　　　　　　　Suite 1040
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　Telephone: 212.763.0883
　　　　　　　　　　　　　　　　　　　Facsimile:  212.564.0883

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Dechert LLP*

DATED:  January 6, 2023

## CERTIFICATE OF SERVICE

I, Joshua Matz, certify that I caused a copy of the foregoing Motion for Admission Pro Hac Vice to be served upon all counsel of record via e-mail through the Court's ECF notification system on January 6, 2023.

Joshua Matz