# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOLOMON, JONATHAN ("JAY") | : | |
| | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil Action No. 22-cv-03137 (JEB) |
| | : | |
| | : | |
| | : | **ORAL ARGUMENT REQUESTED** |
| v. | : | |
| | : | |
| | : | |
| DECHERT LLP, et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DEFENDANTS' NICHOLAS DEL ROSSO AND
## VITAL MANAGEMENT SERVICES, INC. MOTION TO DISMISS

Defendants Nicholas Del Rosso ("Del Rosso") and Vital Management Services, Inc. ("Vital") hereby moves this Court for an order dismissing with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), the Amended Complaint filed by plaintiff Jonathan Solomon on October 14, 2022. As explained in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, the complaint should be dismissed with prejudice because this Court does not have personal jurisdiction over Del Rosso and Vital, venue is improper here, and because the complaint fails to state a claim upon which relief can be granted.

In accordance with Local Civil Rule 7(a), a Memorandum of Law and a Proposed Order accompany this Motion.  Del Rosso and Vital also submit in support of this Motion the Declaration of Samuel Rosenthal.  Pursuant to Local Civil Rule 7(f), Del Rosso and Vital request oral argument on this Motion.

March 17, 2023
Washington, D.C.

Respectfully submitted,

*/s/ Samuel Rosenthal*
Samuel Rosenthal (Bar No. 329516)
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., N.W., Suite 900
Washington, D.C. 20001
sam.rosenthal@nelsonmullins.com
Tel:    202-689-2915
Fax:    202-689-2860

*Counsel for Defendants Nicholas Del Rosso and*
*Vital Management Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel Rosenthal, certify that I caused a copy of the foregoing Motion to Dismiss and its attachments to be served upon all counsel of record via e-mail through the Court's ECF notification system on March 17, 2023.


Dated: March 17, 2023                    */s/ Samuel Rosenthal*
                                         Samuel Rosenthal (Bar No. 329516)
                                         Nelson Mullins Riley & Scarborough LLP
                                         101 Constitution Ave., N.W., Suite 900
                                         Washington, D.C. 20001
                                         sam.rosenthal@nelsonmullins.com
                                         Tel:    202-689-2915
                                         Fax:    202-689-2860

                                         *Counsel for Defendants Nicholas Del Rosso and*
                                         *Vital Management Services, Inc.*