# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JONATHAN SOLOMON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22cv03137-JEB |
| ) | |
| **DECHERT LLP,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Amir Handjani, Andrew Frank, and KARV Communications, Inc. (collectively, the "KARV Defendants"), by counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move to dismiss the Amended Complaint because Plaintiff, Jonathan Solomon, failed to state a claim upon which relief can be granted. In further support of their Motion to Dismiss, the KARV Defendants submit the accompanying memorandum of law in support of their Motion to Dismiss Amended Complaint.

WHEREFORE, Defendants Amir Handjani, Andrew Frank, and KARV Communications, Inc. respectfully request that the Court grant their Motion to Dismiss, dismiss the Amended Complaint with prejudice, and award all other just and equitable relief.

Dated:  March 17, 2023                          Respectfully submitted,

/s/ David G. Barger
David G. Barger, Esq.
D.C. Bar No. 469095
Michael R. Sklaire, Esq.
D.C. Bar No. 445364
S. Mohsin Reza, Esq.
D.C. Bar No. 985270
GREENBERG TRAURIG, LLP

        1750 Tysons Blvd, Suite 1000
        McLean, VA  22102
        Tel:  (703) 749-1307
        Fax:  (703) 714-8307
        bargerd@gtlaw.com
        sklairem@gtlaw.com
        mohsin.reza@gtlaw.com

*Counsel for Defendants Amir Handjani, Andrew Frank, and KARV Communications, Inc.*

## **REQUEST FOR HEARING**

Pursuant to LCvR 7(f), the KARV Defendants respectfully request an oral hearing on their Motion to Dismiss.

/s/ David G. Barger
David G. Barger, Esq.
D.C. Bar No. 469095

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2023, that I filed the foregoing with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all registered counsel that have entered an appearance.

/s/ David G. Barger
David G. Barger, Esq.
D.C. Bar No. 469095