IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLOMON :<br>  :<br>    Plaintiff, :<br>  :<br>    v. :<br>  :<br>  :<br>DECHERT LLP, et al. :<br>  :<br>    Defendants. :<br>………………………………………………: | Civil Action No. 22-cv-03137-JEB |

**MOTION FOR EXTENSION OF TIME TO OPPOSE MOTIONS TO DISMISS**

COMES NOW the Plaintiff, Jay Solomon, by and through counsel and pursuant to LCvR 7, respectfully moves this Court for an extension of his deadline to file oppositions to the various Motions to Dismiss to Plaintiff's Amended Complaint by Defendants Israel Insight Analysis and Research, LLC, SDC-Gadot LLC (D.E.53), Andrew Frank, Amir Handjani, KARV Communications (D.E. 56), Dechert LLP (D.E. 55), David Graham Hughes (D.E. 57), David Neil Gerrard (D.E. 58) and Nicholas Del Rosso and Vital Management Services, Inc. (D.E. 54)(together "Moving Defendants")[1]. Plaintiff's counsel has conferred with counsel for each of the Moving Defendants. Each has indicated that they do not oppose the extension of time being sought and the briefing schedule proposed herein except that Plaintiffs have not heard back from counsel for

---

[1] In addition to the Moving Defendants there remain one additional Defendant, Amit Forlit. Moreover, per this Court's Minute Order of February 13, 2023, on or before April 14, 2023 Plaintiff will update the Court as to the status of service against Defendant Forlit.

1

Defendants Israel Insight Analysis and Research, LLC, SDC-Gadot LLC. In support of said Motion, Plaintiff states as follows:

1. Plaintiff filed his Complaint on October 14, 2022 and Waivers of Service were obtained from the Moving Defendant. (See D.E. 6,7,8,9,10,11,12,13,17, 43).

2. With Plaintiff's Consent, the Moving Defendants all sought additional time to respond to Plaintiff's Complaint.

3. Thereafter, the Moving Defendants all filed their various responsive pleadings to the Complaint each of which was a Motion to Dismiss.

4. In the various Motions to Dismiss filed by the Moving Defendants, the Moving Defendants set forth many of the same legal arguments to seek dismissal of Plaintiff's Complaint; however, there are some unique arguments and/or facts that each seek this Court to consider.

5. In an effort to avoid duplicative responses to these arguments Plaintiff's moved this Court with the consent of the Moving Defendants and proposed that where the Plaintiff could consolidate his response he would submit an omnibus opposition,

6. Plaintiff also sought an additional 25 pages (70 pages total) to allow for a fully briefed omnibus opposition.

7. The Court granted Plaintiffs' Motion and entered the following briefing schedule:

    a. May 5, 2023 – Plaintiff's Omnibus Opposition Due (70 pages)

    b. June 9, 2023 – Moving Defendants Reply Brief(s) Due

8. On February 17, 2023, Plaintiff filed Plaintiff's Amended Complaint adding additional allegations and a cause of action (DE 47).

9. The Court then entered an order finding all of the Motions to Dismiss previously filed by the Moving Defendants as moot, and by Minute Order ordered the Moving Defendants to file filed their responses to the Amended Complaint by March 3, 2023 (Minute Order, February 17, 2023).

10. Thereafter, the Moving Defendants sought with the consent of Plaintiff an extension of time to respond to the Amended Complaint, keeping the rest of the briefing schedule in place. (D.E. 50). By Minute Order, the Court granted said motion (Minute Order February 28, 2023).

11. The Defendants have now filed all their renewed Motions to Dismiss (DE 53, 54, 55, 56, 57, 58).

12. Plaintiff has now had the opportunity to review each of the Defendants' Motions to Dismiss. In light of the additional arguments each have individually and collectively put forward, Plaintiff is requesting an extension to file his omnibus opposition to the Motions to Dismiss filed by the Moving Defendants as well as an additional 30 pages to respond, making Plaintiff's omnibus opposition not more than 100 pages in total.

13. Accordingly, the Plaintiff and Defendants Dechert LLP, David Neil Gerrard, David Graham Hughes, Amir Handjani, Andrew Frank, KARV Communications, Nicholas Del Rosso and Vital Management Services, Inc. have agreed to the following briefing schedule:

    a. May 31, 2023 – Plaintiff's Omnibus Opposition Due (100 pages)

    b. July 14, 2023 – Moving Defendants Reply Brief(s) Due

14. Prior to filing this Motion, and as indicated above pursuant to LCvR 7(m), Plaintiff's counsel conferred with the Moving Defendants' counsel.  Each has indicated that they

do not oppose the extension of time being sought including the increase in the number of pages of Plaintiffs Omnibus Opposition and the briefing schedule proposed herein except that Plaintiffs have not heard back from counsel for Defendants Israel Insight Analysis and Research, LLC, SDC-Gadot LLC.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Extension of Time to Oppose Motions to Dismiss and Set Omnibus Briefing Schedule and enter a briefing schedule wherein the Plaintiff's Omnibus Opposition, to be no more than 100 pages, will be filed on or before May 31, 2023 and that the Moving Defendants shall have until July 14, 2023 to file their Replies.

Date: April 10, 2023                                          Attorney for Plaintiff,

*/s/ Tracy Reichman Kalik*
Tracy Reichman Kalik (Bar No. 462055)
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Joseph H. Tipograph (No.997533)
HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW; Suite 440
Washington, DC  20015
Telephone: 202.463.1818
Facsimile: 202.463.2999