UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN SOLOMON,<br><br>      Plaintiff,<br><br>    -against-<br><br>DECHERT LLP, DAVID NEIL GERRARD, DAVID GRAHAM HUGHES, NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC., AMIT FORLIT, ISRAEL INSIGHT ANALYSIS AND RESEARCH, LLC, SDC-GADOT LLC, AMIR HANDJANI, ANDREW FRANK, and KARV COMMUNICATIONS, INC.,<br><br>      Defendants. | Civil Case No. 22-CV-03137-JEB |

**UNOPPOSED MOTION TO REDISTRIBUTE PAGE LIMITS
FOR DEFENDANTS' FORTHCOMING REPLY BRIEFS IN SUPPORT OF THEIR
MOTIONS TO DISMISS**

  Defendants Dechert LLP, David Neil Gerrard, David Graham Hughes, Nicholas Del Rosso, Vital Management Services, Inc., Israel Insight Analysis and Research, LLC, SDC-Gadot LLC, Amir Handjani, Andrew Frank, and KARV Communications, Inc. (collectively, the "Defendants") respectfully move the Court to grant the Defendants permission to redistribute the pages allocated for their forthcoming reply briefs in support of their motions to dismiss the Complaint into a single, omnibus reply brief (the "Omnibus Reply") of no more than 40 pages and up to six individual reply briefs. Prior to filing this Motion, counsel for Defendants conferred with counsel for Plaintiff, and counsel for Plaintiff consented to the Motion.

  Defendants have respectively filed six motions to dismiss (the "Motions") the Amended Complaint. *See* ECF Nos. 53, 54, 55, 56, 57, and 58. On June 2, 2023, Plaintiff filed a single, 90-page omnibus opposition to the Motions. *See* ECF No. 65. Pursuant to Local Rule 7(e), each

Defendant would be permitted to file a reply memorandum of up to 25 pages in length in support of their respective Motion, for a total of 150 pages. In the interest of efficiency, the Defendants seek to argue certain points collectively in a single Omnibus Reply of no more than 40 pages, and, if they so choose, to address certain individual issues separately, which we expect will result in the filing of fewer total pages. To that end, and with the consent of Plaintiff's counsel, Defendants respectfully request that the Court issue the attached proposed order granting Defendants permission to allocate their total allotment of 150 pages to include an omnibus reply brief of no more than 40 pages.

Dated: New York, New York
July 7, 2023

Respectfully submitted,

/s/ *John C. Quinn*
John C. Quinn*
Sean Hecker*
David Gopstein*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel.: (212) 763-0883
jquinn@kaplanhecker.com
shecker@kaplanhecker.com
dgopstein@kaplanhecker.com

*Attorneys for Defendant Dechert LLP*

/s/ *Helen Gredd*
Helen Gredd*
LANKLER SIFFERT & WOHL LLP
1185 Avenue of the Americas
New York, NY 10036
Tel.: (212) 921-8399
hgredd@lswlaw.com

*Attorney for Defendant David Graham Hughes*

/s/ *Andrew St. Laurent*
Andrew St. Laurent* (N.Y. Bar: 2936086)
Evan W. Bolla* (N.Y. Bar: 4574489)
Harris St. Laurent & Wechsler LLP
40 Wall St., 53rd Fl
New York, New York 10005
Tel: (212) 397-3370
andrew@hs-law.com

*Attorneys for Defendant David Neil Gerrard*

/s/ *Samuel Rosenthal*
Samuel Rosenthal
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue NW
Suite 900
Washington, DC 20001
Tel.: (202) 689-2915
sam.rosenthal@nelsonmullins.com

*Attorney for Defendants Nicholas Del Rosso and Vital Management Services, Inc.*

/s/ *Charles R. Haskell*
Charles R. Haskell
LAW OFFICES OF CHARLES R. HASKELL, P.A.
641 Indiana Ave. NW
Washington, DC 20004
Tel.: (202) 888-2728
charles@charleshaskell.com

/s/ *Christopher Salivar*
Christopher Salivar*
CHRISTOPHER S. SALIVAR, P.L.L.C.
6576 Whispering Wind Way
Delray Beach, FL 33484
Tel.: (561) 628-8908
cssalivarattorney@gmail.com

*Attorneys for Defendants Israel Insight Analysis and Research, LLC and SDC-Gadot LLC*

/s/ *David G. Barger*
David G. Barger
Michael R. Sklaire
Syed M. Reza
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
Tel.: (703) 749-1300
bargerd@gtlaw.com
sklairem@gtlaw.com
mohsin.reza@gtlaw.com

/s/ *Robert T. Core*
Robert T. Core
CORE LAW FIRM, PLLC
1629 K Street, NW
Suite 300
Washington, DC 33469
Tel.: (202) 349-3967
rtcore@corelawfirm.com

*Attorneys for Defendants Amir Handjani, Andrew Frank, and KARV Communications, Inc.*

\* admitted pro hac vice