IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLOMON | : |
| | : |
|     Plaintiff, | : |
| | : Civil Action No. 22-cv-03137-JEB |
|     v. | : |
| | : |
| | : |
| DECHERT LLP, et al. | : |
| | : |
|     Defendants. | : |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANTS ISRAEL INSIGHT ANALYSIS AND RESEARCH, LLC AND SDC-GADOT, LLC  REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' RULE 12 MOTION TO DISMISS**

The Plaintiffs in the above-captioned case, through counsel, respectfully move for leave to submit the attached Surreply in response to new arguments and documents attached by Defendants Israel Insight Analysis and Research, LLC and SDC-Gadot, LLC in their Reply Memorandum in support of Defendants' Rule 12 Motion to Dismiss (ECF 73 hereinafter "Insight/Gadot Reply").

"The standard for granting a leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001). Plaintiff satisfies this standard because Insight/Gadot now argue they cannot be held liable for the RICO violations because their companies were not formed at the time the Plaintiff was harmed. Insight/Gadot Reply at p.3.   Insight/Gadot Reply also attaches an Exhibit for the first time, purporting to be the Articles of Organization for these two entities.  The Insight/Gadot Reply presents this argument for the first time, which the Plaintiff has not previously been able to contest. In this

Circuit, "district court[s] routinely grant[] such motions" when this standard is satisfied. *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003).

Plaintiff has attached a brief Surreply which addresses only this new argument and improperly attached exhibit and the Surreply raises no new arguments.

WHEREFORE, Plaintiff respectfully requests leave to file the attached Surreply. On July 21, 2023, in accordance with L.Rule 7.1(m) Plaintiff's counsel requested the consent of Israel Insight Analysis and Research, LLC and SDC-Gadot, LLC to this motion, however as of the filing of this Motion, Plaintiff's counsel has not received a response from the Insight/Gardot parties and accordingly Plaintiff's counsel cannot represent to the Court that these defendants consent to the filing of the proposed Surreply.

Date: July 24, 2023

Attorney for Plaintiff,

*/s/ Noel J. Nudelman*
Tracy Reichman Kalik (Bar No. 462055)
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Joseph H. Tipograph (No.997533)
HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW; Suite 440
Washington, DC  20015
Telephone: 202.463.1818
Facsimile: 202.463.2999