UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN SOLOMON,<br><br>                    Plaintiff,<br><br>-against-<br><br>DECHERT LLP, DAVID NEIL GERRARD, DAVID GRAHAM HUGHES, NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC., AMIT FORLIT, ISRAEL INSIGHT ANALYSIS AND RESEARCH, LLC, SDC-GADOT LLC, AMIR HANDJANI, ANDREW FRANK, and KARV COMMUNICATIONS, INC.,<br><br>                    Defendants. | Civil Case No. 22-CV-03137-JEB |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS
DECHERT LLP, DAVID NEIL GERRARD, AND DAVID GRAHAM HUGHES**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jay Solomon, by and through his undersigned counsel, hereby voluntarily dismisses all claims against Defendants Dechert LLP, David Neil Gerrard and David Graham Hughes with prejudice.

Dated: August 14, 2023

                                        Respectfully submitted,

                                        /s/ *Noel J. Nudelman*
                                        Richard D. Heideman (No. 377462)
                                        Noel J. Nudelman (No. 449969)
                                        Tracy Reichman Kalik (No. 462055)
                                        Joseph H. Tipograph (No.997533)
                                        HEIDEMAN NUDELMAN & KALIK, PC
                                        5335 Wisconsin Avenue, NW; Suite 440
                                        Washington, DC 20015
                                        Telephone: 202.463.1818
                                        Facsimile: 202.463.2999