UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN SOLOMON,

    Plaintiff,

    v.

DECHERT LLP, *et al.*,

    Defendants.

Civil Action No. 22-3137 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [53], [54], [56] Motions to Dismiss are GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE as to Defendants Nicholas Del Rosso, Vital Management Services, Inc., Amit Forlit, Israel Insight Analysis and Research, LLC, SDC-Gadot LLC, Amir Handjani, Andrew Frank, and KARV Communications, Inc.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: September 18, 2023

1